UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRANGETTO,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Kyungtak MINN, M.D., Erene SOLIMAN, Ph.D., Edgar CLARK, M.D., Jeffrey NEUBARTH, M.D., WANG, M.D., SANCHEZ, M.D., and DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:10-CV-00701-AWI-SKO<br><br>ORDER ON PLAINTIFF'S APPLICATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>Current Date:　July 22, 2010<br>**New Date**:　**September 8, 2010**<br>Time:　09:15 a.m.<br>CTRM:　#8<br>Judge:　Hon. Sheila K. Oberto |

　　Having considered the application made by Plaintiff to continue the Mandatory Scheduling Conference, the Court grants the application as follows:

　　The Mandatory Scheduling Conference currently set to take place on July 22, 2010, is continued to **September 8, 2010, at 9:15 a.m.**, in courtroom #8.

IT IS SO ORDERED.

**Dated:**　　July 12, 2010　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

ORDER ON PLAINTIFF'S APPLICATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE