UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRANGETTO,<br><br>                Plaintiff,<br><br>vs.<br><br>Kyungtak MINN, M.D., Erene SOLIMAN, Ph.D., Edgar CLARK, M.D., Jeffrey NEUBARTH, M.D., WANG, M.D., SANCHEZ, M.D., and DOES 1-50,<br><br>                Defendants. | Case No.: 1:10-CV-00701-AWI-SKO<br><br>ORDER TO DISMISS AND TO CLOSE ACTION |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   February 12, 2011

                                                  CHIEF UNITED STATES DISTRICT JUDGE